NO. 07-02-0015-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL E

DECEMBER 2, 2002

_____

BETTY FROST MCALEER, APPELLANT

V.

EASTMAN KODAK COMPANY AND
EASTMAN CHEMICAL COMPANY, APPELLEES

_____

FROM THE 359TH DISTRICT COURT OF MONTGOMERY COUNTY;

NO. 97-12-04730-CV; HONORABLE JIM KEESHAN, JUDGE

_____

Before QUINN and REAVIS, JJ., and BOYD, SJ.[1]

### Concurring Opinion

I concur in the result reached by the majority for the following reason.  Via the "Amendment to Right of Way Agreement" executed on April 20, 1988, Texas Eastman Company was designated the "grantee" or recipient of the easements or rights of way encompassed in both the original grant dated September 5, 1961, and the April 20, 1988

---

[1]John T. Boyd, Chief Justice (Ret.), Seventh Court of Appeals, sitting by assignment. Tex. Gov't Code Ann. § 75.002(a)(1) (Vernon Supp. 2002).

amendment. Furthermore, the record illustrates that either Texas Eastman Company has become a part of Eastman Chemical Company or that its assets were obtained by Eastman Chemical. So, to the extent that the easements or rights of way were granted to Texas Eastman and the latter is now part of Eastman Chemical or its assets are owned by Eastman Chemical, there was a merger as defined by the parties in the September 5, 1961 conveyance.

Brian Quinn
Justice

Do not publish.